UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Eugene Hill,

    Plaintiff,

-vs-                                   CASE NO.:  8:16-CV-2570-T-30AAS

TD Auto Finance LLC,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, Eugene Hill, by and through the undersigned counsel, hereby notifies the Court the Parties have reached settlement of this matter.  Plaintiff will file dismissal of this action with prejudice upon the execution and completion of certain terms of the settlement agreement.

    Respectfully submitted this 3rd day of July, 2017.

                              */s/ Jared M. Lee*
                              Jared M. Lee, Esquire
                              Florida Bar No.:  0052284
                              Morgan & Morgan, Tampa, P.A.
                              20 N. Orange Ave., Ste. 1600
                              Orlando, FL 32801
                              Tele:  (407) 420-1414
                              Fax:  (407) 245-3485
                              Email:  JLee@ ForThePeople.com
                                    MRathbun@ForThePeople.com
                              *Counsel for Plaintiff(s)/Claimant(s)*

**Certificate of Service:**

    I HEREBY CERTIFY on this 3rd day of July, 2017, I electronically filed the foregoing document with the United States District Court, Middle District of Florida, Tampa Division, by using the CM/ECF system. I certify the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**Duane Morris, LLP**

Danielle R. Burns, Esquire
Boca Center Tower II
5100 Town Center Circle, Ste. 650
Boca Raton, FL 33486
Tel:  561.962.2119
Fax:  561.516.6303
Email:  DRBurns@duanemorris.com

Ryan E. Borneman, Esquire
30 South 17th Street
Philadelphia, PA 19103-4196
Tel:  215.979.1105
Fax:  215.689.4906
Email:  REBorneman@duanemorris.com

 */s/ Jared M. Lee*
Jared M. Lee, Esquire