UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Eugene Hill,

    Plaintiff,

-vs-                                CASE NO.: 8:16-CV-2570-T-30AAS

TD Auto Finance LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Eugene Hill, and Defendant, TD Auto Finance LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 24th day of January, 2018.

| | |
|---|---|
| /s/ Jared M. Lee | /s/ Danielle R. Burns |
| Jared M. Lee, Esquire | **Duane Morris, LLP** |
| Florida Bar No.: 0052284 | Danielle R Burns, Esquire |
| Morgan & Morgan, Tampa, P.A. | Florida Bar No.: 722561 |
| 20 N. Orange Ave., Ste. 1600 | Boca Center Tower II, 5100 Town Center |
| Orlando, FL 32801 | Circle, Ste. 650 |
| Tele: (407) 420-1414 | Boca Raton, FL 33486 |
| Fax: (407) 245-3485 | Tele: (561) 962-2119 |
| Email: JLee@ForThePeople.com | Fax: (561) 516-6303 |
|       MRathbun@ForThePeople.com | Email: DRBurns@duanemorris.com |
| *Counsel for Plaintiff(s)/Claimant(s)* | |
| | Ryan E. Borneman, Esquire |
| | 30 South 17th Street |
| | Philadelphia, PA 19103-4196 |

Tele:  (215) 979-1105
Fax:  (215) 689-4906
Email:  reborneman@duanemorris.com
*Counsel for Defendant(s)/Respondent(s)*